**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6648**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

DEREK LOUIS GRIFFIS, a/k/a Red,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:20-cr-00539-D-1)

---

Submitted:  November 25, 2025                    Decided:  December 2, 2025

---

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Derek Louis Griffis, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek Louis Griffis appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) based on Amendment 821 to the Sentencing Guidelines. The district court found that Griffis was eligible for a sentence reduction but declined to reduce his sentence based on its assessment of the 18 U.S.C. § 3553(a) factors. We discern no abuse of discretion in the court's decision. *See United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Griffis*, No. 5:20-cr-00539-D-1 (E.D.N.C. Aug. 1, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2